IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM MASSEY, Individually and on
Behalf of All Others Similarly Situated**                    **PLAINTIFF**

vs.                              No. 4:22-cv-148-KGB

**THE JENKINS MEMORIAL CHILDREN'S
CENTER AND JENKINS INDUSTRIES, INC.**                    **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Emma Adams
_____
PRINTED NAME

5-1-_____, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB
SLFPID: 21-436_001

**IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM MASSEY, Individually and on**                                            **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                          No. 4:22-cv-148-KGB

**THE JENKINS MEMORIAL CHILDREN'S**                                     **DEFENDANT**
**CENTER AND JENKINS INDUSTRIES, INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Alantis Alexander
_____
PRINTED NAME

April 30th
_____, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB
SLFPID: 21-436_003

# IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIM MASSEY, Individually and on
Behalf of All Others Similarly Situated                          PLAINTIFF

vs.                                        No. 4:22-cv-148-KGB

THE JENKINS MEMORIAL CHILDREN'S
CENTER AND JENKINS INDUSTRIES, INC.                          DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Frances Charles*
SIGNATURE

Frances Charles
PRINTED NAME

May 1, 2023                    , 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB
SLFPID: 21-436_028

# IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM MASSEY, Individually and on
Behalf of All Others Similarly Situated**                                    **PLAINTIFF**

vs.                                   No. 4:22-cv-148-KGB

**THE JENKINS MEMORIAL CHILDREN'S
CENTER AND JENKINS INDUSTRIES, INC.**                                    **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial
Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand
this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and
other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by
Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication
by the Court.

_____
SIGNATURE

Micki Charles
_____
PRINTED NAME

4/28/23
_____, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB
SLFPID: 21-436_027

# IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM MASSEY, Individually and on**                                    **PLAINTIFF**
**Behalf of All Others Similarly Situated**

VS.                                         No. 4:22-cv-148-KGB

**THE JENKINS MEMORIAL CHILDREN'S**                              **DEFENDANT**
**CENTER AND JENKINS INDUSTRIES, INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

    I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Takeidra Fowler
PRINTED NAME

May 3rd_____, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB
SLFPID: 21-436_050

**IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIM MASSEY, Individually and on
Behalf of All Others Similarly Situated                              PLAINTIFF

vs.                                    No. 4:22-cv-148-KGB

THE JENKINS MEMORIAL CHILDREN'S
CENTER AND JENKINS INDUSTRIES, INC.                          DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial
Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand
this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages and
other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by
Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication
by the Court.

SIGNATURE

Dannette Hawkins
PRINTED NAME

4/28/2023 , 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB
SLFPID: 21-436_064

**IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIM MASSEY, Individually and on                                         **PLAINTIFF**
Behalf of All Others Similarly Situated

VS.                                    No. 4:22-cv-148-KGB

THE JENKINS MEMORIAL CHILDREN'S
CENTER AND JENKINS INDUSTRIES, INC.                                     **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

        I was employed as a Direct Support Professional for The Jenkins Memorial
Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand
this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and
other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by
Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication
by the Court.

_____
SIGNATURE

Debbie Hilton
_____
PRINTED NAME

5-1-23
_____, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB
SLFPID: 21-436_069

# IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIM MASSEY, Individually and on                                    PLAINTIFF
Behalf of All Others Similarly Situated

vs.                              No. 4:22-cv-148-KGB

THE JENKINS MEMORIAL CHILDREN'S                                    DEFENDANT
CENTER AND JENKINS INDUSTRIES, INC.

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial
Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand
this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages and
other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by
Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication
by the Court.

_____
SIGNATURE

Schlita Howard
PRINTED NAME

4-30-23 _____ , 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB
SLFPID: 21-436_071

# IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIM MASSEY, Individually and on
Behalf of All Others Similarly Situated                                    PLAINTIFF

vs.                                            No. 4:22-cv-148-KGB

THE JENKINS MEMORIAL CHILDREN'S
CENTER AND JENKINS INDUSTRIES, INC.                                DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial
Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand
this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages and
other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by
Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication
by the Court.

_____
SIGNATURE

Deidra Hughey
PRINTED NAME

May 4
Date _____, 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB
SLFPID: 21-436_075

IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM MASSEY, Individually and on
Behalf of All Others Similarly Situated**                     **PLAINTIFF**

vs.                                    No. 4:22-cv-148-KGB

**THE JENKINS MEMORIAL CHILDREN'S
CENTER AND JENKINS INDUSTRIES, INC.**              **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and oth_ relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_LaToya King_
SIGNATURE

LaToya King
PRINTED NAME

05/01 , 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB
SLFPID: 21-436_085

# IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM MASSEY, Individually and on**                                    **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                          No. 4:22-cv-148-KGB

**THE JENKINS MEMORIAL CHILDREN'S**                           **DEFENDANT**
**CENTER AND JENKINS INDUSTRIES, INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

     I was employed as a Direct Support Professional for The Jenkins Memorial
Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand
this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and
other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by
Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication
by the Court.

_____
SIGNATURE

Anthony Lee
PRINTED NAME

4/30/2023_____, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB
SLFPID: 21-436_088

# IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM MASSEY, Individually and on**                              **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                        No. 4:22-cv-148-KGB

**THE JENKINS MEMORIAL CHILDREN'S**                             **DEFENDANT**
**CENTER AND JENKINS INDUSTRIES, INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



_____
SIGNATURE

Alliyah Madden
PRINTED NAME

4-30- _____, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB
SLFPID: 21-436_093

# IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIM MASSEY, Individually and on                          PLAINTIFF
Behalf of All Others Similarly Situated

vs.                              No. 4:22-cv-148-KGB

THE JENKINS MEMORIAL CHILDREN'S                          DEFENDANT
CENTER AND JENKINS INDUSTRIES, INC.

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

SIGNATURE

Beverly Metcalf
PRINTED NAME

4/8, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB
SLFPID: 21-436_102

**IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIM MASSEY, Individually and on                                    PLAINTIFF
Behalf of All Others Similarly Situated

vs.                                    No. 4:22-cv-148-KGB

THE JENKINS MEMORIAL CHILDREN'S                                    DEFENDANT
CENTER AND JENKINS INDUSTRIES, INC.

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial
Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand
this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages and
other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by
Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication
by the Court.

_Mattie Phillips_
SIGNATURE

Mattie Phillips
PRINTED NAME

5-3- , 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB
SLFPID: 21-436_119

## IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIM MASSEY, Individually and on                                    PLAINTIFF
Behalf of All Others Similarly Situated

vs.                                No. 4:22-cv-148-KGB

THE JENKINS MEMORIAL CHILDREN'S                              DEFENDANT
CENTER AND JENKINS INDUSTRIES, INC.

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial
Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand
this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages and
other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by
Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication
by the Court.

_Barbara Price_
SIGNATURE

Barbara Price
PRINTED NAME

4-29-2023 , 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB
SLFPID: 21-436_122

## IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIM MASSEY, Individually and on                                    PLAINTIFF
Behalf of All Others Similarly Situated

vs.                                    No. 4:22-cv-148-KGB

THE JENKINS MEMORIAL CHILDREN'S                          DEFENDANT
CENTER AND JENKINS INDUSTRIES, INC.

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial
Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand
this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages and
other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by
Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication
by the Court.



SIGNATURE

Wylene Richardson
PRINTED NAME

_____5 - 1_____, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510                SLFCID: 4:22-cv-148-KGB
Little Rock, Arkansas 72211                           SLFPID: 21-436_126
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

# IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM MASSEY, Individually and on
Behalf of All Others Similarly Situated**                                    **PLAINTIFF**

VS.                                            No. 4:22-cv-148-KGB

**THE JENKINS MEMORIAL CHILDREN'S
CENTER AND JENKINS INDUSTRIES, INC.**                              **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial
Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand
this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and
other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by
Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication
by the Court.



_____
SIGNATURE

Linda Rochell
_____
PRINTED NAME

MAY    3    , 2023
_____
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB
SLFPID: 21-436_130

# IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIM MASSEY, Individually and on                                    PLAINTIFF
Behalf of All Others Similarly Situated

vs.                              No. 4:22-cv-148-KGB

THE JENKINS MEMORIAL CHILDREN'S                                    DEFENDANT
CENTER AND JENKINS INDUSTRIES, INC.

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial
Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand
this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages and
other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by
Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication
by the Court.

_____
SIGNATURE

Louise Scales
_____
PRINTED NAME

5- 1 _____, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB
SLFPID: 21-436_137

## IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM MASSEY, Individually and on**                    **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                    No. 4:22-cv-148-KGB

**THE JENKINS MEMORIAL CHILDREN'S**                    **DEFENDANT**
**CENTER AND JENKINS INDUSTRIES, INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_Jacquelyn Shelton_
SIGNATURE

Jacquelyn Shelton
PRINTED NAME

_5/2/23_ , 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB
SLFPID: 21-436_140

## IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM MASSEY, Individually and on**                                    **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                          No. 4:22-cv-148-KGB

**THE JENKINS MEMORIAL CHILDREN'S**                                    **DEFENDANT**
**CENTER AND JENKINS INDUSTRIES, INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial
Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand
this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and
other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by
Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication
by the Court.

_Margaret Sims_
SIGNATURE

Margaret Sims
PRINTED NAME

5 - 1 -                              , 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB
SLFPID: 21-436_143

**IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM MASSEY, Individually and on**                                    **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                     No. 4:22-cv-148-KGB

**THE JENKINS MEMORIAL CHILDREN'S**                           **DEFENDANT**
**CENTER AND JENKINS INDUSTRIES, INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Albert Turner
PRINTED NAME

4·30·23
_____, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB
SLFPID: 21-436_156

**IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM MASSEY, Individually and on**                          **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                    No. 4:22-cv-148-KGB

**THE JENKINS MEMORIAL CHILDREN'S**                          **DEFENDANT**
**CENTER AND JENKINS INDUSTRIES, INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

     I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Doris Turner
PRINTED NAME

5/1/2023_____, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB
SLFPID: 21-436_155

# IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM MASSEY, Individually and on**                                   **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                            No. 4:22-cv-148-KGB

**THE JENKINS MEMORIAL CHILDREN'S**                        **DEFENDANT**
**CENTER AND JENKINS INDUSTRIES, INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Sharonda Walker
PRINTED NAME

4 / 30_____ , 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB
SLFPID: 21-436_159

# IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM MASSEY, Individually and on**                                    **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                    No. 4:22-cv-148-KGB

**THE JENKINS MEMORIAL CHILDREN'S**                          **DEFENDANT**
**CENTER AND JENKINS INDUSTRIES, INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

  I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Tammy West
PRINTED NAME

_April 28_____, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB
SLFPID: 21-436_164

## IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM MASSEY, Individually and on**                                    **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                         No. 4:22-cv-148-KGB

**THE JENKINS MEMORIAL CHILDREN'S**                        **DEFENDANT**
**CENTER AND JENKINS INDUSTRIES, INC.**

<u>**CONSENT TO JOIN COLLECTIVE ACTION**</u>

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_Pamela White_
SIGNATURE

Pamela White
PRINTED NAME

04 - 29 -    , 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB
SLFPID: 21-436_165

**IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023**