IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIM MASSEY, Individually and on
Behalf of All Others Similarly Situated

PLAINTIFF

vs.　　　　　　　　No. 4:22-cv-148-KGB

THE JENKINS MEMORIAL CHILDREN'S
CENTER AND JENKINS INDUSTRIES, INC.

DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_[signature]_
SIGNATURE

Jacqueline Fitzhugh
PRINTED NAME

4/28/_____, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB
SLFPID: 21-436_049

**IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIM MASSEY, Individually and on                                              PLAINTIFF
Behalf of All Others Similarly Situated

vs.                                  No. 4:22-cv-148-KGB

THE JENKINS MEMORIAL CHILDREN'S                                              DEFENDANT
CENTER AND JENKINS INDUSTRIES, INC.

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_/s/ Rebecca Hankins_
SIGNATURE

Rebecca Hankins
PRINTED NAME

May 5, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB
SLFPID: 21-436_059

**IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023**

hankinsrebecca31@gmail.com

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIM MASSEY, Individually and on                          PLAINTIFF
Behalf of All Others Similarly Situated

vs.                  No. 4:22-cv-148-KGB

THE JENKINS MEMORIAL CHILDREN'S                    DEFENDANT
CENTER AND JENKINS INDUSTRIES, INC.

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Augusta Jackson
PRINTED NAME

5/11/_____, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB
SLFPID: 21-436_078

**IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIM MASSEY, Individually and on  
Behalf of All Others Similarly Situated                               PLAINTIFF

vs.                          No. 4:22-cv-148-KGB

THE JENKINS MEMORIAL CHILDREN'S  
CENTER AND JENKINS INDUSTRIES, INC.                               DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_Derwin Metcalf_  
SIGNATURE

Derwin Metcalf  
PRINTED NAME

_4/28/_____, 2023  
Date

Josh Sanford, Esq.  
SANFORD LAW FIRM, PLLC  
Kirkpatrick Plaza  
10800 Financial Centre Pkwy, Suite 510  
Little Rock, Arkansas 72211  
Telephone: (501) 221-0088  
Facsimile: (888) 787-2040  
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB  
SLFPID: 21-436_103

**IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIM MASSEY, Individually and on
Behalf of All Others Similarly Situated                                    PLAINTIFF

vs.                             No. 4:22-cv-148-KGB

THE JENKINS MEMORIAL CHILDREN'S
CENTER AND JENKINS INDUSTRIES, INC.                                        DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*/s/ Sharon Warren*
SIGNATURE

Sharon Warren
PRINTED NAME

May 11, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

SLFCID: 4:22-cv-148-KGB
SLFPID: 21-436_163

**IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023**