IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIM MASSEY, Individually and on
Behalf of All Others Similarly Situated                           PLAINTIFF

vs.                            No. 4:22-cv-148-KGB

THE JENKINS MEMORIAL CHILDREN'S
CENTER AND JENKINS INDUSTRIES, INC.                               DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_Wanda Martin_
SIGNATURE

Wanda Martin
PRINTED NAME

5-14-23, 2023
Date



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIM MASSEY, Individually and on
Behalf of All Others Similarly Situated                    PLAINTIFF

vs.                        No. 4:22-cv-148-KGB

THE JENKINS MEMORIAL CHILDREN'S                            DEFENDANT
CENTER AND JENKINS INDUSTRIES, INC.

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Charlotte McVay*
SIGNATURE

Charlotte Mcvay
PRINTED NAME

5-17-23 , 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIM MASSEY, Individually and on　　　　　　　　　　　　　　　　PLAINTIFF
Behalf of All Others Similarly Situated

vs.　　　　　　　　　　　No. 4:22-cv-148-KGB

THE JENKINS MEMORIAL CHILDREN'S　　　　　　　　　　　　　　DEFENDANT
CENTER AND JENKINS INDUSTRIES, INC.

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_Ivory Tate_
SIGNATURE

Ivory Tate
PRINTED NAME

5-17-23, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com



**IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIM MASSEY, Individually and on  
Behalf of All Others Similarly Situated                                         PLAINTIFF

vs.                                       No. 4:22-cv-148-KGB

THE JENKINS MEMORIAL CHILDREN'S                                              DEFENDANT
CENTER AND JENKINS INDUSTRIES, INC.

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Sandra Ward*  
SIGNATURE

Sandra Ward  
PRINTED NAME

May 7, 2023  
Date

Josh Sanford, Esq.  
SANFORD LAW FIRM, PLLC  
Kirkpatrick Plaza  
10800 Financial Centre Pkwy, Suite 510  
Little Rock, Arkansas 72211  
Telephone: (501) 221-0088  
Facsimile: (888) 787-2040  
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023**