# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KIM MASSEY, Individually and on**                      **PLAINTIFF**
**Behalf of All Others Similarly Situated**

    **v.**                       **CASE NO. 4:22-CV-148-KGB**

**THE JENKINS MEMORIAL CHILDREN'S**
**CENTER AND JENKINS INDUSTRIES, INC.**               **DEFENDANT**

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Come now Defendant The Jenkins Memorial Children's Center and Jenkins Industries, Inc. ("Jenkins"), and Plaintiff Kim Massey ("Plaintiff"), individually and on behalf of all others similarly situated, by and through their undersigned counsel, and for their Joint Motion to Modify Scheduling Order, state:

1. This is a collective action brought pursuant to the Fair Labor Standards Act. On January 1, 2023, the Court entered an Amended Final Scheduling Order (the "Scheduling Order"). (Doc. 30). Among other items, the Scheduling Order contains the following important deadlines for this case:

- Discovery Deadline: June 7, 2023;
- Status Report: June 22, 2023;
- Motion Deadline: June 22, 2023; and
- Trial Date: August 21, 2023.

2. Subsequently, on March 31, 2023, the Court entered an order granting-in-part and denying-in-part Plaintiff's Motion for Conditional Certification. (Doc. 34). The Court conditionally certified a collective action, ordered Defendant to provide various information about

putative members of the collective within 21 days, and allowed 90 days to distribute notice and for Plaintiff to file opt-in consent forms with the Court. (*Id.*, at 10–11).

3. Defendants provided the list of putative members of the collective on April 21, 2023. In the light of the 90-day notice window, putative members of the collective have until July 20, 2023, to file consents to join this action. *See, e.g.,* Doc. 39 (identifying deadline to file as July 20, 2023). Approximately 40 individuals have filed consents to join this case since the Court's order conditionally certifying the collective. (Docs. 35, 36, 37, 38, and 39).

4. Under the current Scheduling Order, the deadline to conduct discovery would expire nearly two months before the opt-in deadline. Similarly, the motions and status report deadlines would expire approximately one month before the opt-in deadline. The trial is currently scheduled to take place only one month after the opt-in deadline.

5. Accordingly, the Parties respectfully request that the Court modify the Scheduling Order to take into account the impact conditional certification had on the current pending deadlines. Considering the number of individuals that have currently joined this action, the Parties believe an additional **six (6) months** for discovery will be necessary. The other deadlines typically turn on the discovery cutoff, and the Parties respectfully request those deadlines, including the trial setting and dispositive motions deadline, be modified accordingly.

6. This motion is not made for any improper purpose, such as to harass or unduly delay this matter. Instead, the Parties need the additional time to conduct discovery as to the opt-ins that have joined this action. Importantly, unlike absent class members in Rule 23 class actions, "[i]n an FLSA collective action, each opt-in member is a party plaintiff, giving them the same status in the case as the named plaintiff." *Borup v. CJS Sols. Grp., LLC*, 333 F.R.D. 142, 148 (D. Minn. 2019) (citing *Prickett v. DeKalb County*, 349 F.3d 1294, 1297 (11th Cir. 2003)).

7. Therefore, the Parties respectfully request that the Court modify the Scheduling Order to allow for at least an additional six (6) months to conduct discovery, and modify the other related deadlines, including the trial date, accordingly.

WHEREFORE, Defendant The Jenkins Memorial Children's Center and Jenkins Industries, Inc., and Plaintiff Kim Massey, individually and on behalf of all others similarly situated, respectfully request that the Court grant this Joint Motion to Modify Scheduling Order, enter a new Scheduling Order allowing the parties additional time to conduct discovery and modify the other deadlines, including the trial date, accordingly, and grant all other relief to which the Parties may be entitled.

Respectfully submitted,

BARBER LAW FIRM PLLC
425 West Capitol Avenue, Suite 3400
Little Rock, Arkansas 72201
Telephone: (501) 372-6175

By: James D. Robertson, Ark. Bar No. 95181
jrobertson@barberlawfirm.com
Jerry D. Garner, Ark. Bar No. 2014134
jgarner@barberlawfirm.com

*Attorneys for Defendant*

-And-

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088

By: Colby Qualls, Ark. Bar No. 2019246
colby@sanfordlawfirm.com
Josh Sanford, Ark. Bar No. 2001037
josh@sanfordlawfirm.com

*Attorneys for Plaintiff*