IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM MASSEY, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 4:22-cv-148-KGB

**THE JENKINS MEMORIAL CHILDREN'S**     **DEFENDANT**
**CENTER AND JENKINS INDUSTRIES, INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*/s/ Danyelle Brooks*
SIGNATURE

Danyelle Brooks
PRINTED NAME

June 6, 2023
Date



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIM MASSEY, Individually and on  PLAINTIFF
Behalf of All Others Similarly Situated

No. 4:22-cv-148-KGB

THE JENKINS MEMORIAL CHILDREN'S  DEFENDANT
CENTER AND JENKINS INDUSTRIES, INC.

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Sharon Johnson*
SIGNATURE

Sharon Johnson
PRINTED NAME

6-5- , 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023**