IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM MASSEY, Individually and on**                                                 **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                             No. 4:22-cv-148-KGB

**THE JENKINS MEMORIAL CHILDREN'S**                                    **DEFENDANT**
**CENTER AND JENKINS INDUSTRIES, INC.**

### PLAINTIFF'S MOTION FOR RECONSIDERATION

       Plaintiff Kim Massey, individually and on behalf of all others similarly situated, by and through her undersigned counsel, submits the following Motion for Reconsideration, and hereby states as follows:

       1.       The parties filed a Joint Motion to Extend Certain Deadlines and for Continuance of Trial ("Motion to Extend") on December 13, 2022. ECF No. 28.

       2.       The deadline for case-in-chief expert disclosures at the time of the filing of the Motion to Extend was December 16, 2022, with a deadline of January 17, 2023, for rebuttal expert disclosures. ECF 24. At the time the parties submitted the Motion to Extend, the expert disclosure deadlines had not expired.

       3.       In the Motion to Extend, the parties jointly requested a ninety-day extension of "all current deadlines," with specific reference to the deadline to add parties or amend pleadings and the case-in-chief and rebuttal expert disclosure deadlines. ECF No. 28.

       4.       On December 20, 2022, the Court granted the motion for extension of "all current deadlines" and set a new trial date. ECF No. 29. As of this date, the previously

set deadline for case-in-chief and rebuttal expert disclosures was no longer "current."

5. Therefore, in the subsequently issued Amended Final Scheduling Order, the Court extended all deadlines **except** for case-in-chief and rebuttal expert disclosure deadlines. *See* ECF No. 30.

6. Plaintiff respectfully raises the same argument made in the parties' Motion to Extend and asks this Court to reconsider its Order dated December 20, 2022, and the subsequently issued Amended Final Scheduling Order, which exclude extension of the disclosure deadlines for experts.

7. This Motion is brought for good cause and not for purposes of unnecessary delay. Unless the expert witness disclosure deadlines are extended, Plaintiff will be prejudiced by being barred from presenting expert testimony at trial on damages owed to herself and those who have opted into this case.

8. The requested extension will not prejudice Defendant, as it joined in the initial request for extension and has been repeatedly advised of Plaintiff's need for extension of the deadline.

9. In the original Final Scheduling Order issued in this matter, the deadline for case-in-chief expert disclosures was approximately two months prior to the close of discovery, and the original deadline for rebuttal expert disclosures was approximately one month prior to the close of discovery. ECF No. 21.

10. On June 5, 2023, the parties filed a Joint Motion to Modify Scheduling Order ("Motion to Modify"), requesting that the discovery deadline be extended for an additional six months, and that all other deadlines be modified accordingly. ECF No. 40.

11. As stated in the Motion to Modify, putative members of the collective have

until July 20, 2023, to file consents to join this action. *Id.*

12. If the Motion to Modify is granted, Defendant will not be prejudiced by the setting of a new deadline for case-in-chief expert disclosures of approximately two months prior to the close of the new discovery deadline, and for rebuttal expert disclosures of approximately one month prior to the close of new discovery deadlines.

13. Plaintiff respectfully requests that the Court modify its Order dated December 20, 2022, and the subsequently issued Amended Final Scheduling Order to include an extension of the case-in-chief and rebuttal expert disclosure deadlines, and for all other relief that the Court deems just and appropriate.

WHEREFORE, premises considered, Plaintiff respectfully requests that the Court grant this Motion, reconsider its previous Order and Scheduling Order, and extend deadlines for case-in-chief and rebuttal expert disclosures.

Respectfully submitted,

**PLAINTIFF KIM MASSEY,
Individually and on Behalf of All
Others Similarly Situated**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com