IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM MASSEY, Individually and on**                              **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                      No. 4:22-cv-148-KGB

**THE JENKINS MEMORIAL CHILDREN'S**                   **DEFENDANT**
**CENTER AND JENKINS INDUSTRIES, INC.**

## JOINT STATUS REPORT

Plaintiff Kim Massey ("Plaintiff"), individually and on behalf of all others similarly situated, and Defendant The Jenkins Memorial Children's Center and Jenkins Industries, Inc. ("Defendant"), by and through their respective undersigned counsel, for their Joint Status Report, state and allege as follows:

1. On March 31, 2023, this Court entered an Order granting-in-part and denying-in-part Plaintiff's Motion for Conditional Certification. ECF No. 34.

2. Putative members of the collective have until July 20, 2023, to file consents to join this action, and approximately 42 individuals have filed consents to join this case since the Court's Order conditionally certifying the collective. ECF Nos. 35, 36, 37, 38, 39, & 41.

3. On June 5, 2023, the parties filed a Joint Motion to Modify Scheduling Order, requesting that the discovery deadline be extended for an additional six months, and that all other deadlines be modified accordingly. ECF No. 40. This Court has yet to rule on the parties' Joint Motion to Modify Scheduling Order.

4. On June 22, 2023, Plaintiff filed a Motion for Reconsideration, requesting that the Court extend the deadlines for case-in-chief and rebuttal expert disclosures. ECF No. 42.

5. The parties believe it is too early to evaluate settlement prospects. Once the notice period for the case closes on July 20, 2023, the parties will be in a better position to discuss the possibility of a settlement.

6. The parties have not yet participated in a settlement conference, nor have they requested one.

7. If the parties are unable to settle, they anticipate needing at least one week for trial if the conditionally-certified collective is not decertified before trial. However, the parties will have a better approximation of how many days they need for trial once they have finished discovery and once the Court has resolved any motion for decertification.

Respectfully submitted,

**PLAINTIFF KIM MASSEY, Individually and on Behalf of All Others Similarly Situated**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Ste. 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and   DEFENDANT THE JENKINS MEMORIAL CHILDREN'S CENTER AND JENKINS INDUSTRIES, INC.**

BARBER LAW FIRM PLLC
3400 Simmons Tower
425 West Capitol Avenue
Little Rock, Arkansas 72201
Telephone: (501) 372-6175

*/s/ Jerry D. Garner*
Jerry D. Garner
Ark. Bar No. 2014134
jgarner@barberlawfirm.com

James D. Robertson
Ark. Bar No. 95181
jrobertson@barberlawfirm.com