IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM MASSEY, Individually and on**                      **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                        No. 4:22-cv-148-KGB

**THE JENKINS MEMORIAL CHILDREN'S**               **DEFENDANT**
**CENTER AND JENKINS INDUSTRIES, INC.**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_Roosevelt Monk_
SIGNATURE

Roosevelt Monk
PRINTED NAME

5 July , 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com



**IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023**