IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM MASSEY, Individually and on**                         **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                     No. 4:22-cv-148-KGB

**THE JENKINS MEMORIAL CHILDREN'S**                  **DEFENDANT**
**CENTER AND JENKINS INDUSTRIES, INC.**

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

PLEASE TAKE NOTICE that Colby Qualls, counsel for Plaintiff in the above-captioned matter, is no longer affiliated with Sanford Law Firm, PLLC. Colby Qualls is now affiliated with the law firm of Forester Haynie, PLLC, located at 400 North Saint Paul Street, Suite 700, Dallas, Texas, 75201, telephone: (214) 210-2100. Colby Qualls shall remain counsel of record on behalf of Plaintiff Kim Massey, individually and on behalf of all others similarly situated, in the above-captioned matter.

Respectfully submitted,

**ATTORNEY COLBY QUALLS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

Colby Qualls
Ark. Bar No. 2019246
wage@foresterhaynie.com