IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIM MASSEY, Individually and on
Behalf of All Others Similarly Situated                                PLAINTIFF

vs.                              No. 4:22-cv-148-KGB

THE JENKINS MEMORIAL CHILDREN'S                                        DEFENDANT
CENTER AND JENKINS INDUSTRIES, INC.

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Shandra Clash
PRINTED NAME

7/ 9 / _____, 2023
Date



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIM MASSEY, Individually and on      PLAINTIFF
Behalf of All Others Similarly Situated

vs.   No. 4:22-cv-148-KGB

THE JENKINS MEMORIAL CHILDREN'S   DEFENDANT
CENTER AND JENKINS INDUSTRIES, INC.

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Kiara Goodwin
PRINTED NAME

July 12_____, 2023
Date



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com



**IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIM MASSEY, Individually and on  PLAINTIFF
Behalf of All Others Similarly Situated

vs.  No. 4:22-cv-148-KGB

THE JENKINS MEMORIAL CHILDREN'S  DEFENDANT
CENTER AND JENKINS INDUSTRIES, INC.

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Quentin Goodwin
PRINTED NAME

7/12/2023_____, 2023
Date



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIM MASSEY, Individually and on  PLAINTIFF
Behalf of All Others Similarly Situated

vs.  No. 4:22-cv-148-KGB

THE JENKINS MEMORIAL CHILDREN'S  DEFENDANT
CENTER AND JENKINS INDUSTRIES, INC.

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Quiana Goodwin
PRINTED NAME

7-12_____, 2023
Date



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com



**IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIM MASSEY, Individually and on
Behalf of All Others Similarly Situated

PLAINTIFF

vs.  No. 4:22-cv-148-KGB

THE JENKINS MEMORIAL CHILDREN'S
CENTER AND JENKINS INDUSTRIES, INC.

DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Vonysha Goodwin*
SIGNATURE

Vonysha Goodwin
PRINTED NAME

7/12/2023 , 2023
Date



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIM MASSEY, Individually and on  PLAINTIFF
Behalf of All Others Similarly Situated

vs.   No. 4:22-cv-148-KGB

THE JENKINS MEMORIAL CHILDREN'S   DEFENDANT
CENTER AND JENKINS INDUSTRIES, INC.

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_Vanecia Henderson_
SIGNATURE

Vanecia Henderson
PRINTED NAME

June 19th, 2023
Date



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIM MASSEY, Individually and on                                      PLAINTIFF
Behalf of All Others Similarly Situated

vs.                             No. 4:22-cv-148-KGB

THE JENKINS MEMORIAL CHILDREN'S                                      DEFENDANT
CENTER AND JENKINS INDUSTRIES, INC.

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_Mariette Henderson_
SIGNATURE

Mariette Henderson
PRINTED NAME

7/14/_____, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com



**IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIM MASSEY, Individually and on
Behalf of All Others Similarly Situated                                    PLAINTIFF

vs.                              No. 4:22-cv-148-KGB

THE JENKINS MEMORIAL CHILDREN'S
CENTER AND JENKINS INDUSTRIES, INC.                                        DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Direct Support Professional for The Jenkins Memorial Children's Center and Jenkins Industries, Inc., on or after February 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_/s/ Camillia Smith_
SIGNATURE

Camillia Smith
PRINTED NAME

6-20-23 , 2023
Date



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE JULY 20, 2023**

Respectfully submitted,

**KIM MASSEY, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar. No. 2019246
wage@foresterhaynie.com