IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM MASSEY, Individually and on**                        **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                   No. 4:22-cv-148-KGB

**JENKINS MEMORIAL CHILDREN'S**                        **DEFENDANTS**
**CENTER and JENKINS INDUSTRIES, INC.**

### MOTION TO WITHDRAW—JOSH SANFORD

Attorney Josh Sanford, an attorney of record herein, for his Motion to Withdraw as counsel for all Plaintiffs, states as follows:

1. Colby Qualls, an attorney of record herein, resigned from Sanford Law Firm, PLLC, and is now affiliated with the law firm of Forester Haynie, PLLC.

2. As noted in Mr. Qualls' Notice of Change of Law Firm Affiliation (ECF No. 47), he will remain as counsel of record on behalf of Plaintiff Kim Massey, individually and on behalf of all others similarly situated.

3. Due to Mr. Qualls' move to Forester Haynie, PLLC, and his continuing representation of Plaintiff Kim Massey and all others similarly situated, Josh Sanford of Sanford Law Firm, PLLC, moves to withdraw as counsel for Plaintiffs.

4. Plaintiff has been advised in accordance with Local Rule 83.5(f).

WHEREFORE, premises considered, the undersigned respectfully requests that the Court order Josh Sanford withdrawn and terminated as counsel for Plaintiffs.

Respectfully submitted,

**ATTORNEY JOSH SANFORD**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com