IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM MASSEY, individually and on
behalf of all others similarly situated**                                          **PLAINTIFF**

v.                           Case No. **4:22-cv-00148 KGB**

**JENKINS MEMORIAL
CHILDREN'S CENTER and
JENKINS INDUSTRIES, INC.**                                                         **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion to modify scheduling order (Dkt. No. 40). The parties request that the Court alter the January 20, 2023, Amended Final Scheduling Order so as to provide the parties an additional six months to conduct discovery (Dkt. No. 40, ¶ 5; *see also* Dkt. No. 30). For good cause shown, the Court grants the motion, suspends the deadlines contained in the January 20, 2023, Amended Final Scheduling Order, and removes this case from the August 21, 2023, trial calendar. The Court will reset the trial date and other pretrial deadlines by separate Order, extending by at least six months the deadline to conduct discovery and other related deadlines, including the trial date.

It is so ordered this 26th day of July, 2023.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge