IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM MASSEY, individually and on
behalf of all others similarly situated**                                                           **PLAINTIFF**

v.                                     Case No. **4:22-cv-00148 KGB**

**JENKINS MEMORIAL
CHILDREN'S CENTER and
JENKINS INDUSTRIES, INC.**                                                                          **DEFENDANT**

## ORDER

    Before the Court is plaintiff Kim Massey's motion for reconsideration (Dkt. No. 42). Ms. Massey, who sues defendant Jenkins Memorial Children's Center and Jenkins Industries Inc. individually and on behalf of all others similarly situated, requests that the Court extend the case-in-chief and rebuttal expert disclosure deadlines to align with the parties' joint request for at least an additional six months to conduct discovery (Dkt. No. 40, ¶ 5; 42, ¶ 13). In the light of the Court's ruling granting the parties' joint request for at least an additional six months to conduct discovery, the Court grants Ms. Massey's motion for reconsideration (Dkt. No. 42). The Court will enter by separate Order an Amended Final Scheduling Order that sets a new discovery deadline and new deadlines for case-in-chief expert disclosures and rebuttal expert disclosures.

    It is so ordered this 26th day of July, 2023.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge