IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM MASSEY, individually and on
behalf of all others similarly situated**                                                                                   **PLAINTIFF**

v.                                   Case No. 4:22-cv-00148 KGB

**JENKINS MEMORIAL
CHILDREN'S CENTER and
JENKINS INDUSTRIES, INC.**                                                                                   **DEFENDANT**

## ORDER

Before the Court is attorney Joshua Sanford's motion to withdraw as attorney for plaintiffs (Dkt. No. 49). Mr. Sanford states that Colby Qualls, "an attorney of record herein, resigned from Sanford Law Firm, PLLC, and is now affiliated with the law firm of Forester Haynie, PLLC" (*Id.*, ¶ 1). "Due to Mr. Qualls' move to Forester Haynie, PLLC, and his continuing representation of Plaintiff Kim Massey and all others similarly situated," Mr. Sanford moves to withdraw as counsel for plaintiffs (*Id.*, ¶ 3). For good cause shown, the Court grants the motion (Dkt. No. 49). The Court directs the Clerk of Court to terminate Mr. Sanford as counsel of record for plaintiffs.

It is so ordered this 26th day of July, 2023.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge