IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM MASSEY, individually and on
behalf of all others similarly situated**                                                                           **PLAINTIFF**

v.                                       Case No. 4:22-cv-00148 KGB

**JENKINS MEMORIAL
CHILDREN'S CENTER and
JENKINS INDUSTRIES, INC.**                                                                                          **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion to modify scheduling order (Dkt. No. 54). The parties request that the Court alter the August 17, 2023, Second Amended Final Scheduling Order which currently sets the discovery deadline for February 28, 2024, and the dispositive motion deadline for March 14, 2024 (*Id.*, ¶ 2). The parties request at least an additional four months to complete discovery (*Id.*, ¶ 4). The parties also request that all other deadlines be extended along with the new discovery deadline and that the Court set a new trial date (*Id.*, ¶¶ 5, 6). For good cause shown, the Court grants the motion, suspends the deadlines contained in the Second Amended Final Scheduling Order, and removes this case from the trial calendar. The Court will reset the trial date and other pretrial deadlines by separate Order, extending by at least four months the deadline to conduct discovery and other related deadlines, including the trial date.

It is so ordered this 12th day of December, 2023.

Kristine G. Baker
United States District Judge